|   |   |
|---|---|
| 1 | MELINDA L. HAAG CSBN 132612 |
|   | United States Attorney |
| 2 | DONNA L. CALVERT, SBN IL 6191786 |
|   | Acting Regional Chief Counsel, Region IX |
| 3 | ELIZABETH BARRY, CSBN 203314 |
|   | Special Assistant United States Attorney |
| 4 |   |
|   | 333 Market Street, Suite 1500 |
| 5 | San Francisco, California 94105 |
|   | Telephone: (415) 977-8972 |
| 6 | Facsimile: (415) 744-0134 |
|   | Email: Elizabeth.Barry@ssa.gov |
| 7 |   |
|   | Attorneys for Defendant |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NAOMI FAWN MARSH, ) | CASE NO.: 3:11-cv-02096-█████ CRB |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| v. ) | FOR A FIRST EXTENSION FOR |
| ) | DEFENDANT TO FILE NOTICE, MOTION, |
| MICHAEL J. ASTRUE, ) | AND MEMORANDUM IN SUPPORT OF |
| Commissioner of ) | CROSS-MOTION FOR SUMMARY |
| Social Security, ) | JUDGMENT AND IN OPPOSITION TO |
| ) | PLAINTIFF'S MOTION FOR SUMMARY |
| Defendant. ) | JUDGMENT |
| _____ ) | |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until January 27, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

This is Defendant's first request for an extension of time in this matter.

Respectfully submitted,

Dated: December 22, 2011  */s/ James Hunt Miller*
(as authorized via e-mail)
JAMES HUNT MILLER
Attorney for Plaintiff

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney |
| Dated: December 22, 2011 | By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 5, 2012

_____
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

2