1  MELINDA L. HAAG CSBN 132612
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
5        333 Market Street, Suite 1500
         San Francisco, California 94105
6        Telephone:  (415) 977-8972
         Facsimile:  (415) 744-0134
7        Email: Elizabeth.Barry@ssa.gov

8  Attorneys for Defendant

9                    **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
10                       **SAN FRANCISCO DIVISION**

11  NAOMI FAWN MARSH,                    )
                                         )   CASE NO.: 3:11-cv-02096-~~XXX~~
12              Plaintiff,               )
                                         )   STIPULATION AND ~~PROPOSED~~ ORDER
13      v.                               )   FOR A SECOND EXTENSION FOR
                                         )   DEFENDANT TO FILE NOTICE, MOTION,
14                                       )   AND MEMORANDUM IN SUPPORT OF
    COMMISSIONER OF                      )   CROSS-MOTION FOR SUMMARY
15  SOCIAL SECURITY,                     )   JUDGMENT AND IN OPPOSITION TO
                                         )   PLAINTIFF'S MOTION FOR SUMMARY
16              Defendant.               )   JUDGMENT
    _____)

17

18          IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

19  of the Court, that Defendant shall have a 30-day extension, or until February 27, 2012, in which to file

20  his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

21  Opposition to Plaintiff's Motion for Summary Judgment.

22          This is Defendant's second request for an extension of time in this matter.

23                                       Respectfully submitted,

24  Dated: January 26, 2012             */s/ James Hunt Miller*
25                                       (as authorized via e-mail)
                                         JAMES HUNT MILLER
26                                       Attorney for Plaintiff

27

28

1  

2  

MELINDA L. HAAG
United States Attorney

Dated: January 26, 2012

3  

By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

4  

5  

6  

ORDER

7  

PURSUANT TO STIPULATION, IT IS SO ORDERED.

8  

DATED:__ January 30, 2012 _____

9  

NANDOR J. VADAS
UNITED STATES M

10  

IT IS SO ORDERED

11  

Judge Charles R. Breyer

12  

13  

14  

15  

16  

17  

18  

19  

20  

21  

22  

23  

24  

25  

26  

27  

28