| | |
|---|---|
| 1 | MELINDA L. HAAG CSBN 132612<br>United States Attorney |
| 2 | DONNA L. CALVERT, SBN IL 6191786<br>Acting Regional Chief Counsel, Region IX |
| 3 | ELIZABETH BARRY, CSBN 203314<br>Special Assistant United States Attorney |

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8972
Facsimile: (415) 744-0134
Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

NAOMI FAWN MARSH,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

CASE NO.: 3:11-cv-02096-~~NJV~~

STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until February 27, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

This is Defendant's second request for an extension of time in this matter.

Respectfully submitted,

Dated: January 26, 2012

*/s/ James Hunt Miller*
(as authorized via e-mail)
JAMES HUNT MILLER
Attorney for Plaintiff

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney |
| Dated: January 26, 2012 | By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 30, 2012  _____
NANDOR J. VADAS
UNITED STATES M[agistrate Judge]

*[Signed and stamped: IT IS SO ORDERED, Judge Charles R. Breyer, United States District Court, Northern District of California]*

2