IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI FAWN MARSH,<br><br>    Petitioner,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>    Respondent._____ / | No. C 11-02096 CRB<br><br>**JUDGMENT** |

    Having granted the Respondent's Motion for Summary Judgment and denied the Petitioner's Motion for Summary Judgment, the Court hereby enters judgment in favor of Respondent and against Petitioner.

**IT IS SO ORDERED.**

Dated: May 7, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2096\Judgment.wpd