IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI FAWN MARSH, | No. C 11-02096 CRB |
| Petitioner, | **JUDGMENT** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Respondent. / | |

Having granted the Respondent's Motion for Summary Judgment and denied the Petitioner's Motion for Summary Judgment, the Court hereby enters judgment in favor of Respondent and against Petitioner.

**IT IS SO ORDERED.**

Dated: May 7, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2096\Judgment.wpd