UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI FAWN MARSH,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　Defendant. | CIVIL NO. 3:11-cv-02096-CRB<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |

Defendant moves for an extension of time to respond to Plaintiff's Motion for Summary Adjudication. For good cause shown, the motion is GRANTED. Defendant's response to Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act is due August 27, 2015.

**IT IS SO ORDERED.**

DATED:  August 20, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE