IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NAOMI MARSH,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

    Defendant.

No. C 11-02096 CRB

**ORDER REMANDING TO THE ALJ WITH INSTRUCTIONS**

The Ninth Circuit vacated and remanded this case, stating that the administrative law judge ("ALJ") erred by failing to provide "specific and legitimate reasons" for the ALJ's rejection of a treating doctor's opinion. See Marsh v. Colvin, 792 F.3d 1170, 1172 (9th Cir. 2015). The court instructed us "to remand to the ALJ, specifically to invite the ALJ to comment on Dr. Betat's medical opinions and records." Id. at 1173. This Court thus REMANDS the case for further administrative proceedings consistent with the Ninth Circuit's opinion, with the specific instruction that the ALJ comment on Dr. Betat's medical opinions and records in evaluating the plaintiff's claims.

**IT IS SO ORDERED.**

Dated: September 9, 2012

                                  CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE